LINK 38

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>HEATHER REBECCA NELSON,<br><br>            Defendant. | No. 2:24-cr-00546-HDV<br><br>**CORRECTED** ORDER GRANTING GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION TO FILE UNREDACTED VRESIONS OF EXHIBITS B AND D IN SUPPORT OF THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS UNDER SEAL |

For good cause shown, the government's Ex Parte Application Regarding Exhibits B and D in Support of the Government's Opposition to Defendant's Motion to Suppress Evidence is GRANTED.

The Court hereby ORDERS as follows:

Government counsel shall file unredacted versions of Exhibits B and D in support of its opposition to defendant's motion to suppress under seal.

///

///

///

IT IS SO ORDERED.

4/10/25
DATE                                    HON. HERNAN D. VERA
                                        UNITED STATES DISTRICT JUDGE

**In case of denial:**

The Court hereby ORDERS as follows:

Counsel will publicly file the documents for consideration by the Court.

IT IS SO ORDERED.

DATE                                    HON. HERNAN D. VERA
                                        UNITED STATES DISTRICT JUDGE

_____/s/_____
Presented by
CLIFFORD D. MPARE

2